UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 27 AM 11:52

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. |
| ) | |
| Plaintiff, ) | **'08 MJ 1655** |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Salvador GARCIA-Garcia,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **May 23, 2008,** within the Southern District of California, defendant, **Salvador GARCIA-Garcia,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27**[th] DAY OF **May 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Salvador GARCIA-Garcia

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On May 23, 2008, Border Patrol Agent Michael Owens was performing his assigned duties in the Campo, California area of responsibility. Agent Owens responded to seismic intrusion device just south of the Pine Valley exit off the I-8 Highway. This area is approximately nine miles east of the Tecate, California port of entry, less than fifteen miles north of the United States/Mexico international border. Individuals attempting to further their entrance into the United States of America frequent this area.

Agent Owens arrived in the general location and observed fresh footprints heading north on a known undocumented alien trail. Agent Owens followed the footprints north and encountered eleven individuals attempting to conceal themselves in some brush. Upon encountering the eleven subjects, Agent Owens immediately identified himself as a United States Border Patrol Agent and questioned each subject as to their citizenship and immigration status, including one later identified as the defendant **Salvador GARCIA-Garcia**.

All subjects including the defendant freely admitted to Agent Owens to being citizens and nationals of Mexico without the proper documents to enter or remain in the United States legally.

At approximately 4:00 p.m., all subjects, including the defendant, were arrested without incident and transported to the Border Patrol Station in Campo, California for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 20, 1999** through the Port of Entry at **Nogales, Arizona**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on May 25, 2008 at 10:00 AM.**

_____
Tomas Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **one page**, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **May 23, 2008**, in violation of Title 8, United States Code, Section **1326**.

_____
Jan M. Adler
United States Magistrate Judge

May 25, 2008 @ 9:54 a.m.
Date/Time