**DAVID M.C. PETERSON**
California Bar No. 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:     (619) 234-8467
Facsimile:      (619) 687-2666
Email:            David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ1655 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| SALVADOR GARCIA-GARCIA, | |
| Defendant. | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                              Respectfully submitted,

Dated: June 3, 2008     */s/ DAVID M. C. PETERSON*
                                               DAVID M.C. PETERSON
                                               Federal Defenders of San Diego, Inc.
                                               Attorneys for Defendant
                                               David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

**U S Attorney CR**
U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

Dated:  June 3, 2008    /s/ DAVID M. C. PETERSON
DAVID M.C. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
David_Peterson@fd.org (email)