FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>         Plaintiff,  <br>    v.  <br>SALVADOR GARCIA-GARCIA,  <br>         Defendant. | Criminal Case No. 08cr2065-W  <br>I N F O R M A T I O N  <br>Title 8, U.S.C., Sec. 1325 -  <br>Illegal Entry (Misdemeanor);  <br>Title 8, U.S.C., Sec. 1325 -  <br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about  9/2000 , within the Southern District of California, defendant SALVADOR GARCIA-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEM:es:San Diego
6/17/08

Count 2

On or about May 23, 2008, within the Southern District of California, defendant SALVADOR GARCIA-GARCIA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 19, 2008

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney